# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Edward S. Kiel |
| v. | CASE NO. 22-mj-15015-ESK |
| Manuel Quinones *Defendant* | DATE OF PROCEEDINGS: February 1, 2022 |
| | DATE OF ARREST: 2/1/2022 |

**PROCEEDINGS:** Initial Appearance

- [✓] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [X] APPT. OF COUNSEL: [X] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [X] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [X] Defendant consents to proceed via teleconferencing
- [X] Brady Order executed on the record
- [X] Penalties placed on the record

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [X] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE: ___
DATE: ___
DATE: ___
DATE: ___
DATE: ___

**APPEARANCES:**

AUSA: Mark Pesce
DEFT. COUNSEL: Rahul Sharma, FPD
PO/PTS: Pretrial-Mia Rahman
INTERPRETER: ___
Language: ___

TIME COMMENCED: 2:30 p.m.
TIME TERMINATED: 2:45 p.m.
CD NO: ECR, via Zoom

Shea Smith
DEPUTY CLERK