# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* v. MANUEL A. QUINONES *Defendant* | MAGISTRATE JUDGE: Edward S. Kiel CASE NO. 2:22-mj-15015-ESK-1 DATE OF PROCEEDINGS: March 21, 2022 DATE OF ARREST: 2/1/2022 |

**PROCEEDINGS:** BAIL HEARING

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [X] OTHER: Defendant consents to proceed via teleconferencing
- [X] Penalties and charges are placed on the record

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [X] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:_____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED_____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

X   *Detention continued*

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT  [ ] JURY
- [X] SENTENCING
- [ ] OTHER:_____

DATE:_____
DATE:_____
DATE:_____
DATE: Sentencing scheduled for May 13, 2022
DATE:_____

**APPEARANCES:**

AUSA: MARK JOSEPH PESCE

DEFT. COUNSEL: RAHUL KUMAR SHARMA

PROBATION: Pretrial- Mia Rahman

INTERPRETER_____
Language:_____

TIME COMMENCED: 1:15 p.m.
TIME TERMINATED: 2:00 p.m.
CD NO: ECR, via Zoom

Shea M. Smith
Shea M. Smith, Deputy Clerk