Sunday night
6.12.2022
10:30pm

To The Honorable Judge Edward S. Kiel

My name is Manuel A. Quiñones, I have been a New Jersey Resident my whole life. I Live in South Jersey. I am a Camden County resident. I am sorry for taking up a little of your time and your patience that will endure as you read this missive.

I have five children and my wifes son has been in my life since he has been six years young. I have a 27 years young daughter who is a Beautiful young responsible woman with no children. I have a 13 years young daughter who is just as Beautiful and super Smart. My 27 years old is from my childhood sweetheart, my 13 years old is from my first wife. My last three are boys. They are from my second wife who I have been with for the last 12-12½ years. They range from Eight, six and Two (he turned Two today..6.12.22).

I do everything for them.. or, I use too. I would wake them up for school, (while she would still be at work.. she works from 7pm-7am) Cook them breakfast, dress them, Iron their clothes, take them to school, pick them up from school, feed them dinner after I cook and had it ready for them as they get home from school, I would take them to Baseball practice, Soccer practice, Daycare, Swimming lessons, Doctor appointments and I would cook, clean and wash clothes. I would go Shopping for clothes and food. I use to be Mr. Super Mom. Never did I miss an appointment or an Event.

I am telling you this because we are alone! Her son is now 18 years young and is about to start college. My wife has a career. She delivers babies at Jefferson Hospital in Philadelphia, Pennsylvania. She is now studying to be a Midwife. What can I say, "She Loves what she does!" These past few months have been hard for her! She has missed more days of work than she has in the 13-14 years she has worked in the Hospital. She has worked for Jefferson Hospital since before I met her. She Loves her JOB.

I ask you to be Lenient towards me.. Please! I need to get back to my family! She is trying hard, but everything is just to much for her. She is doing ALL I did plus, she is pulling 12 hour shifts and having to come home iron, get the Three boys ready for school and Daycare and also trying to get some rest before she picks them up from School. Plus, her studying. Its just to much for her. She has no help from her Parents. My mom lives in Florida. Her sister works for Apple Computers and my Dad is an older Gentleman who lives in Salem, N.J., 50 minutes from where we reside.

I am Puerto Rican and my wife is American. I am 47 years young and she is 37 years young. We have been together for a short time and only wish to grow old together. We have 12½ years together. Two and a half as a Couple and Nine years married.

I messed up when I took drugs into my possession and did not have no Knowledge on what it was or how to get rid of them. I went myself, to go and give

them to someone who I thought would take them and I would be done with them. I was scared for my life and my families life, so I just came all the way out North Jersey to be done with them. I had open drugs in my house because, I opened them. I would of eventually threw them out or flushed down the toilet, not knowing what I was into.

I know your job is to put people in thier place once they get caught doing something that disobeys the Law! I know the Prosecutions job is to handle thing of this sort. I am asking YOU, since you have the over all say so, the final word, that you give me a Program or Probation for numerous years so that I can tend to my family.. Please? I'm not here begging because I think my marriage is on the urge of dismissal. I'm asking you for forgiveness in this matter so that I can attend my family as my wife continues to further her Education and becomes one of the Best Midwife this State has seen or even heard of!

I promise, I would not touch any other drugs in my Life time of living! I will work hard for US (me and my Family).

I'm pretty sure that you can see the optimism in my life in a aspect that is impeccable and I am a trustworthy person.

I'm not sure of this letter and if it is of any sound goodness in for my sake, but it is all TRUE!

Again, I Thank You for your Time and your Patience! I just wanna get back to my boys because Cant Noone take care of them like I can. Thats a Fact!

Thank You,
Manuel A. Quiñones
355472