UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 22-MJ-15015 |
| | : | |
| VS. | : | |
| | : | ORDER FOR INTERIM PAYMENT FOR |
| | : | REPRESENTATION OF COUNSEL |
| MANUEL QUINONES | : | PURSUANT TO THE CRIMINAL |
| | : | JUSTICE ACT 18:3006(A) |

Because of the complexity of the case, the expected length of pretrial preparation, the length of the trial, and the anticipated hardship of counsel in undertaking representation full-time for such a period without compensation, in accordance with section 230.73.10 of the <u>Guidelines for the Administration of the Criminal Justice Act,</u> the following procedures for interim payments shall apply during the course of your representation in this case:

1. <u>SUBMISSION OF VOUCHERS</u>

Counsel shall submit to the Court Clerk, on a quarterly basis (every 3 months), an interim CJA 20 through eVoucher. Compensation earned and reimbursable expenses incurred shall be claimed on each interim voucher. The first interim voucher submitted shall reflect all compensation claimed and reimbursable expenses incurred from the date of appointment through June 5, 2023 and shall be submitted no later than June 5, 2024; thereafter, the vouchers shall be submitted quarterly according to the schedule outlined above. Each voucher shall be numbered accordingly and include the time period it covers. All interim vouchers shall be supported by detailed and itemized time and expense entries. Chapter 2, Part C of the <u>Guidelines for the Administration of the Criminal Justice Act</u> outlines the

procedures and rules for claims by CJA attorneys and should be followed regarding each voucher.

The Court will review the interim vouchers when submitted, particularly with regard to the amount of time claimed. The Court will also authorize payment for all reimbursable expenses reasonably incurred.

At the conclusion of representation, counsel should submit the final interim voucher, which shall include a detailed memorandum supporting and justifying counsel's claim that the representation was extended and complex, and that excess compensation is necessary to provide fair compensation.  The CJA 26 form may be used for this purpose.    After reviewing the final interim voucher, the Court will submit it to the Chief Judge of the Circuit or his or her designee for review and approval.

## 2. REIMBURSABLE  EXPENSES

Counsel may be reimbursed for out-of-pocket expenses reasonably incurred incidental to the representation. While the statute and applicable rules and regulations do not place a monetary limit on the amount of expenses that can be incurred, counsel is required to provide a copy of a receipt for any individual expense item in excess of $50.    Travel expenses, such as mileage, parking fees and tolls shall be itemized on each voucher,  with receipts provided.   Extraordinary travel that may require air travel, overnight lodging, meals and incidental expenses are required to be  authorized in advance in the e-Voucher system.

### 3. FURTHER QUESTIONS OR GUIDANCE

Answers to questions concerning services under the <u>Criminal Justice Act,</u> can generally be found in (1) 18 U.S.C. 3006(A); (2) the Plan of the United States District Court for the District of New Jersey; (3) Appendix I to the Criminal Justice Act Plan; and (4) <u>Guidelines for the Administration of the Criminal Justice Act,</u> published by the Administrative Office of the U.S. Courts. Should these references fail to provide the desired clarification or direction, counsel is directed to contact the CJA Administrator via email at <u>evoucher@njd.uscourts.gov</u> or 973-645-4582.

DATE: *June 14, 2023*                                  */s/ Edward S. Kiel*
                                                                     HON. EDWARD S. KIEL , U.S.M.J.