FILED
JUL 18 2023
AT 3:25 P.M.
CLERK, U.S. DISTRICT COURT - DNJ

2023R00537/CF

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 23cr568 (RMB) |
| MANUEL A. QUINONES | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

### COUNT ONE
### (Distribution and Possession with Intent to Distribute Methamphetamine)

On or about January 31, 2022, in Middlesex and Camden Counties, in the District of New Jersey, and elsewhere, the defendant,

### MANUEL A. QUINONES,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
### (Distribution and Possession with Intent to Distribute Fentanyl)

On or about January 31, 2022, in Middlesex and Camden Counties, in the District of New Jersey, and elsewhere, the defendant,

**MANUEL A. QUINONES**,

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
### (Possession of Firearms and Ammunition by a Convicted Felon)

On or about January 31, 2022, in Camden County, in the District of New Jersey and elsewhere, the defendant,

**MANUEL A. QUINONES,**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess two firearms, namely (1) a .25 caliber Raven handgun, bearing serial number 470231, and (2) a Smith & Wesson .357 revolver loaded with six rounds of ammunition, and 41 rounds of Blazer 9mm ammunition, and the firearms and ammunition were in and affecting interstate commerce

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about January 31, 2022, in Camden County, in the District of New Jersey, and elsewhere, the defendant,

**MANUEL A. QUINONES,**

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, the drug trafficking crime charged in Count One of this Indictment, did knowingly possess a firearm, namely a .25 caliber Raven handgun, bearing serial number 470231.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION AS TO COUNTS ONE AND TWO

1. As a result of committing the controlled substance offenses in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) as charged in Counts One and Two of this Indictment, the defendant,

**MANUEL A. QUINONES,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the offense charged in Counts One and Two of the Indictment, including any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in Counts One and Two of this Indictment.

**FORFEITURE ALLEGATION AS TO COUNTS THREE AND FOUR**

2. As a result of committing the firearms offenses in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(c)(1)(A)(i), as charged in Counts Three and Four of this Indictment, the defendant,

**MANUEL A. QUINONES,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such offense, including, but not limited to, the following:

1. a .25 caliber Raven handgun, bearing serial number 470231;
2. a Smith & Wesson .357 revolver loaded with six rounds of ammunition; and
3. 41 rounds of Blazer 9mm ammunition.

## SUBSTITUTE ASSETS PROVISION

### (Applicable to All Forfeiture Allegations)

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL

_____
FOREPERSON

*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney

7

CASE NUMBER: _____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

MANUEL A. QUINONES

## INDICTMENT FOR

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)(i)

A True Bill,



Foreperson

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

CHRISTOPHER FELL
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2764